UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                               CASE NO. 2:24CR20005-002

KEONA WOODBRIDGE                                                                         DEFENDANT

## ORDER

The Court ADOPTS the report and recommendation (Doc. 48) entered in this case and accepts Defendant's plea of guilty to Count 3 of the indictment. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this 27th day of June 2024.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE